**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CLEATUS MILTON-EL, | : No. 95 EM 2018 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| COMMON PLEAS COURT OF | : |
| PENNSYLVANIA PHILA., COUNTY, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.